IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-00441-01-CR-W-GAF |
| ) | |
| VERNA CHERYL WOMACK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant Verna Cheryl Womack's Motion to Dismiss Indictment for Lack of Venue (Doc. 74). On November 25, 2015, Chief United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. 138). No objections to the Report and Recommendation were filed by Defendant.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss the Indictment for Lack of Venue (Doc. 74) is OVERRULED and DENIED.

SO ORDERED.

                                                s/ Gary A. Fenner
                                                GARY A. FENNER, JUDGE
                                                UNITED STATES DISTRICT COURT

DATED: December 16, 2015