IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-00441-01-CR-W-GAF |
| | ) | |
| VERNA CHERYL WOMACK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is Defendant's Motion to Suppress Illegally Searched and Seized Electronic Evidence (doc. #67).

Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on the motion to suppress on June 2 through 4, June 17 and 18, and July 22 through 24, 2015. On March 14, 2016, Chief United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (doc. #182). On March 31, 2016, Defendant's Objections to the Report and Recommendation (doc. #220) were filed.

Upon careful and independent review of the pending motion, Defendant's Objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant Verna Cheryl Womack's Motion to Suppress Illegally Searched and Seized Electronic Evidence (doc. #67) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:  April 4, 2016