# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,      )
          )
        Plaintiff,      )
          )
vs.          )      **Case No. 13-00441-01-CR-W-GAF**
          )
VERNA CHERYL WOMACK,      )
          )
        Defendant.      )

## ORDER

Now before the Court is Defendant's Motion to Suppress Evidence Obtained Pursuant to the Tax Information Exchange Agreement (docs #69 and #70).[1]

Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on the motion to suppress on June 2 through 4, June 17 and 18, and July 22 through 24, 2015. On March 14, 2016, Chief United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (doc. #183). On March 31, 2016, Defendant's Objections to the Report and Recommendation (doc. #221) were filed.

Upon careful and independent review of the pending motion, Defendant's Objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

---

[1] Doc. #69 is a redacted version of the motion and doc. #70 is an unredacted version filed under seal. Defendant redacted portions of the motion at the request of the government until ruling by the Court on the United States' Ex Parte Motions for Protective Order (doc #41 and #50). On March 31, 2015, the Court granted the motions for protective order to the extent that the subject TIEA applications and related correspondence shall not be disclosed to any third parties outside of this criminal action and denied the motions to the extent that they request that any pleading which references the content of the subject documents be filed under seal. (Doc #84).

Accordingly, it is hereby ORDERED that Defendant Verna Cheryl Womack's Motion to Suppress Evidence Obtained Pursuant to the Tax Information Exchange Agreement (docs #69 and #70) are OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 4, 2016